**No. 09-797. David C. Rodearmel, Appellant v. Hillary Rodham Clinton, Secretary of State, et al.**

560 U.S. 950, 130 S. Ct. 3384, 177 L. Ed. 2d 300, 2010 U.S. LEXIS 4630.

June 7, 2010. On appeal from the United States District Court for the District of Columbia. The District Court dismissed for lack of standing, 666 F. Supp. 2d 123, 127–131, and n. 10 (DC 2009), so it did not enter "any interlocutory or final judgment, decree, or order upon the validity of the appointment and continuance in office of the Secretary of State under article I, section 6, clause 2, of the Constitution." Joint Resolution on Compensation and Other Emoluments Attached to the Office of Secretary of State, § 1(b)(3)(A), Pub. L. 110-455, 122 Stat. 5036, note following 5 U.S.C. § 5312. The appeal is therefore dismissed for want of jurisdiction.

Same case below, 666 F. Supp. 2d 123.

**No. 08-10318. David L. Akers, Petitioner v. United States.**

560 U.S. 950, 130 S. Ct. 3384, 177 L. Ed. 2d 300, 2010 U.S. LEXIS 4601.

June 7, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Carr v. United States, 561 U.S. 438, 130 S. Ct. 2229, 176 L. Ed. 2d 1152 (2010).

**No. 09-9991. Donald Ray McCray, Petitioner v. Charlotte Booker.**

560 U.S. 950, 130 S. Ct. 3394, 177 L. Ed. 2d 300, 2010 U.S. LEXIS 4606.

June 7, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Texas, Ninth District, dismissed. See Rule 39.8.

**No. 09-10040. Kenneth Edward Barbour, Petitioner v. Wallens Ridge State Prison.**

560 U.S. 950, 130 S. Ct. 3390, 177 L. Ed. 2d 300, 2010 U.S. LEXIS 4595.

June 7, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 371 Fed. Appx. 396.